Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re __Karen L. Bass and Shmuel Hachmon__   Case No. __07-11902__
      Debtor

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__   Check one ☐ With the filing of the petition, or
                 ☒ On or before __8-2-07__

   $ __68.50__   on or before __9-2-07__

   $ __68.50__   on or before __10-2-07__

   $ __68.50__   on or before __11-2-07__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 0 3 2007

KENNETH S. GARDNER, CLERK
PS REP. - SJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   __Karen L. Bass__   __7/3/07__
Signature of Attorney      Date       Signature of Debtor   Date
                                        (In a joint case, both spouses must sign.)

_____                __Shmuel Hachmon__   __7/3/07__
Name of Attorney                        Signature of Joint Debtor (if any)   Date