```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 07 B 11902
   KAREN LISA BASS
   SHMUEL HACHMON                                CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-3404    SSN XXX-XX-3775

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/03/2007 and was not confirmed.

     The case was dismissed without confirmation 08/16/2007.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
LITTON LOAN SERVICING    NOTICE ONLY    NOT FILED          .00           .00
WORLD ASSET PURCHASING L UNSECURED         556.07          .00           .00
LITTON LOAN SERVICING    CURRENT MORTG       .00           .00           .00
LITTON LOAN SERVICING    SECURED NOT I  110570.40          .00           .00
PRO SE DEBTOR            DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------       --------------
TOTALS                     .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 12/05/07            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```